IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL GARLAND,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-5329 |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _30th_ day of March, 2016, upon consideration of Petitioner's Revised Petition for Writ of Habeas Corpus (Doc. 5), Petitioner's Supplemental Habeas Corpus Petitions (Docs. 7, 10, 13, 15, and 42), Respondent's Response to Petition for Writ of Habeas Corpus (Doc. 36), the Report and Recommendation of United States Magistrate Judge Faith Angell (Doc. 49), and Petitioner's Objections to the Report and Recommendation (Doc. 53), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice; and
3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that Petitioner's Motions for Discovery and Production of Records (Docs. 18 and 19), and Petitioner's Request for the Appointment of Counsel (Doc. 20) are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed for statistical purposes.

1

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, C.J.**